No. 81–1374. BLUM, COMMISSIONER, NEW YORK STATE DEPARTMENT OF SOCIAL SERVICES *v.* STENSON. C. A. 2d Cir. Certiorari granted.

No. 82–1253. SOLEM, WARDEN, SOUTH DAKOTA STATE PENITENTIARY, ET AL. *v.* BARTLETT. C. A. 8th Cir. Certiorari granted.

No. 82–1005. CHEVRON U.S.A. INC. *v.* NATURAL RESOURCES DEFENSE COUNCIL, INC., ET AL.;

No. 82–1247. AMERICAN IRON & STEEL INSTITUTE ET AL. *v.* NATURAL RESOURCES DEFENSE COUNCIL, INC., ET AL.; and

No. 82–1591. RUCKELSHAUS, ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY *v.* NATURAL RESOURCES DEFENSE COUNCIL, INC., ET AL. C. A. D. C. Cir. Motion of Mid-America Legal Foundation for leave to file a brief as *amicus curiae* granted. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: 222 U. S. App. D. C. 268, 685 F. 2d 718.

No. 82–1330. THIGPEN, COMMISSIONER, MISSISSIPPI DEPARTMENT OF CORRECTIONS, ET AL. *v.* ROBERTS. C. A. 5th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 82–1651. NIX, WARDEN OF THE IOWA STATE PENITENTIARY *v.* WILLIAMS. C. A. 8th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 81–2135. UNIROYAL, INC. *v.* CHRAPLIWY ET AL. C. A. 7th Cir. Certiorari denied.